# EXHIBIT C



Minnesota Department of Human Rights
540 Fairview Ave N, Suite 201
Saint Paul, MN 55104

October 29, 2024

|  |  |
|---|---|
| MDHR Case Number: |  |
| EEOC Case Number: | |

Michael Fiorito
v.
DRVM LLC dba Direct Demo

DRVM LLC dba Direct Demo
411 E Bonneville Ave Ste 400
Las Vegas NV 89101
ATTN: Steven Dicker
steve@mina-inc.com

Thank you for considering mediation as a means for possible resolution of the above-referenced charge of discrimination. At this time, this case will proceed to the Minnesota Department of Human Rights' Investigation Team because: Parties were unable to resolve the matter at this time and wish to proceed to investigation.

## Deadline to Submit an Answer & Failure to Provide an Answer

Thank you for using the Minnesota Department of Human Rights' mediation services. Since your case did not resolve in mediation, Respondent's answer to the charge of discrimination is now due on **Thursday, November 7, 2024**.

The written answer should explain your position in detail, address the claims noted in the charge of discrimination, and contain information sufficient to explain your defenses*. You may include exhibits or attachments with your answer.

Once the Minnesota Department of Human Rights receives the answer, Charging Party will receive a copy.

Thank you in advance for submitting your answer and any other information requested on a timely basis. This helps your case move forward.

---

*Minnesota R. 5000.0500, subp.5.                                                                 Rev. 8/30/2024

## Return by:

The Answer must arrive to the Minnesota Department of Human Rights by **Thursday, November 7, 2024**.

**Email:** caseprocessing.mdhr@state.mn.us **(preferred)**

**Mail:** Minnesota Department of Human Rights
ATTN: Case Support
540 Fairview Ave N Ste 201
Saint Paul MN 55104

## What happens if you miss the deadline

If you do not submit an answer by **Thursday, November 7, 2024**, the Minnesota Department of Human Rights may issue a subpoena requiring you to produce the answer (Minnesota R. 500.0500, subp.5).

- The Minnesota Department of Human Rights may seek to enforce the subpoena in court and may seek reimbursement of costs related to issuing the subpoena.

- The statute and rules do not permit the Minnesota Department of Human Rights to grant an extension for submitting an answer.

- Failure to respond with an answer to the above-referenced charge within 30 days of receipt may also lead to a determination that there is probable cause to believe discrimination has occurred.

If you have any questions, please contact us at **caseprocessing.mdhr@state.mn.us** or **651-539-1100**.

Sincerely,


Mediation Team
Minnesota Department of Human Rights

cc:  Annika Petty


*Minnesota Department of Human Rights is an Equal Opportunity Employer*