**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Michael Fiorito, | Case No. 24-cv-4124 (KMM/JFD) |
| Plaintiff, | |
| vs. | **FED. R. CIV. P. 7.1 CORPORATE** |
| | **DISCLOSURE STATEMENT OF** |
| DRVM LLC DBA Direct Demo, | **DEFENDANT DRVM, LLC** |
| Defendant. | |

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DRVM, LLC states that

it has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated this 26th day of November, 2024          **LARSON · KING, LLP**


By  */s/ Angela Beranek Brandt*
Angela Beranek Brandt (#0293143)
Annika L. Petty (#0402786)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
abrandt@larsonking.com
apetty@larsonking.com

*Attorneys for Defendant DRVM, LLC*
*d/b/a Direct Demo*