**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Michael Fiorito, | Case No. 24-cv-4124 (KMM/JFD) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| DRVM LLC DBA Direct Demo, | |
| Defendant. | |

I hereby certify that on December 19, 2024, I caused the following documents:

1. Defendant's Reply Memorandum in Support of Motion to Dismiss and Memorandum in Opposition to Plaintiff's Motion to Strike Defendant's Brief; and
2. Certificate of Word Count Compliance

to be sent via e-mail and mailed via first class mail to Plaintiff, postage prepaid, addressed as follows:

Michael Fiorito
19000 Stratford Rd., Apt. 105
Minnetonka, MN  55345
assetbiz5@gmail.com


Dated: December 19, 2024          */s/ Annika L. Petty*
                                  Annika L. Petty